# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Brenda M. Reichert,                      :
                    Petitioner          :
                                         :
          v.                             :    No. 2080 C.D. 2014
                                         :
Workers' Compensation Appeal             :
Board (Foxdale Village),                 :
                    Respondent          :

# **O R D E R**

AND NOW, this 9th day of November, 2015, IT IS HEREBY ORDERED that the above-captioned opinion filed September 10, 2015, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.


_____
**BONNIE BRIGANCE LEADBETTER,**
Judge